B240A (Form B240A) (12/09)

Check one.
☑ **Presumption of Undue Hardship**
☐ **No Presumption of Undue Hardship**
*See Debtor's Statement in Support of
Reaffirmation, Part II below, to determine
which box to check.*

# UNITED STATES BANKRUPTCY COURT

_____ District of Idaho _____

In re Zachary Marques Schlessman and Makaila Dawn Schlessman ,

          Debtor

Case No. 10-21521 _____

Chapter  7 _____

## REAFFIRMATION DOCUMENTS

**Name of Creditor:** USDA RURAL HOUSING SERVICE

☐ Check this box if Creditor is a Credit Union

## I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this Reaffirmation Documents packet.**

1. Brief description of the original agreement being reaffirmed:  Mortgage loan
                                                                 _____
                                                                 *For example, auto loan*

2. ***AMOUNT REAFFIRMED***:     $ 176,080.54 _____

> The Amount Reaffirmed is the entire amount that you are agreeing to pay. This
> may include unpaid principal, interest, and fees and costs (if any) arising on or
> before the date you sign this Reaffirmation Agreement.

*See the definition of "Amount Reaffirmed" in Part V.C below.*

3. The ***ANNUAL PERCENTAGE RATE*** applicable to the Amount Reaffirmed is 5.75 %.

*See definition of "Annual Percentage Rate" in Part V.C below.*

This is a (check one)  ☒ Fixed rate           ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

Form B240A, Reaffirmation Documents                                    Page 2

4. Reaffirmation Agreement Repayment Terms:

    ☒ If fixed term, $ 953.41_____ per month for 366_____ months starting on 02/22/11_____.

    ☐ If not fixed term, describe repayment terms: _____.

5. Describe the collateral, if any, securing the debt:

    Description:                                  2517 Beth Loop. Post Falls. ID 83854_____
    Current Market Value                                  $_____

6. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

    ☒ Yes          ☐ No

    If yes, what was the purchase price for the collateral?        $ 169,000.00_____
    If no, what was the amount of the original loan?            $_____

7. Detail the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due (including fees and costs) | $_____ | $_____ |
| Annual Percentage Rate | _____% | _____% |
| Monthly Payment | $_____ | $_____ |

8. ☐ Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit: _____
_____

## II. DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

1. Were you represented by an attorney during the course of negotiating this agreement?

    Check one.    ☒ Yes        ☐ No

2. Is the creditor a credit union?

    Check one.    ☐ Yes        ☒ No